# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143791

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JIMMIE LEE JONES, Jr.,
      Defendant-Appellant.

SC: 143791
COA: 305101
Kalamazoo CC: 2000-000617-FC

_____/

      On order of the Court, the application for leave to appeal the September 13, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). To the extent that the defendant's application for leave to appeal concerns an appeal from the denial of a request for DNA testing under MCL 770.16, leave to appeal is DENIED because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

_____
Clerk

d0123